IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| NITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:04cr185-T |
| BOBBIE JO LEE | ) | (WO) |

## ORDER

After an independent and de novo review of the entire record, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (Doc. No. 171) to which no objection has been filed within the time allowed, is adopted.

(2) It is DECLARED that defendant Bobbie Jo Lee is not currently suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

(3) It is therefore DECLARED that defendant Lee is mentally competent to stand trial.

DONE, this the 22nd day of June, 2005.

                              /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE